IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAM ALBA,                                        :        CIVIL ACTION NO. **4:CV-04-2235**
                                                 :
                    Plaintiff                    :        Magistrate Judge Blewitt
                                                 :
           v.                                    :
                                                 :
HOUSING AUTHORITY OF THE CITY                    :
OF PITTSTON, et al.,                             :
                                                 :
                    Defendants                   :

## ORDER AND JUDGMENT

**AND NOW,** this 3rd day of **November, 2005, IT IS HEREBY ORDERED THAT:**

1.  Defendants' Motion for Summary Judgment **(Doc. 31)** with respect to Plaintiff's federal claims, Count I, ADEA claim, and Count IV, § 1983 Equal Protection Claim, is **GRANTED.**

2.  Plaintiff's state PHRA claims, Counts II and III, are dismissed without prejudice.

3.  Plaintiff's Motion for Partial Summary Judgment **(Doc. 33)** is **DENIED.**

4.  Judgment is entered in favor of all Defendants and against Plaintiff with respect to Plaintiff's federal claims, Count I, ADEA claim, and Count IV, § 1983 claim.

5.  The Clerk of Court is directed to close this case.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: November 23, 2005